IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWANDA JORDAN, individually, and as mother and next of kin of PAUL TURNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2043 |
| v. | ) ) | Judge Blanche Manning |
| OFFICER JAMES BLASZCZYK, Star # 18816 | ) ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## DEFENDANT OFFICER JAMES BLASZCZYK'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Officer James Blaszczyk, by and through his attorney, Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to extend the time for him to answer or otherwise plead to Plaintiffs' complaint until July 31, 2008.  Plaintiffs' counsel has no objection to this request for additional time.  In support of this motion, Defendant states as follows.

1. Plaintiffs filed their Amended Complaint on May 23, 2008.  Officer Blaszczyk was served on or about June 11, 2008.

2. In order to properly prepare a responsive pleading, counsel requests additional time to meet with Officer Blaszczyk to discuss the allegations in Plaintiffs' complaint and to obtain and review relevant documents.

3. Defendants request until July 31, 2008, to answer or otherwise plead to Plaintiffs' complaint.

4.  This motion is not made for purposes of undue delay but to enable Defendant to prepare an appropriate defense to the allegations contained in the complaint. No prejudice will result to Plaintiffs by granting this motion.

5.  Plaintiffs' Counsel indicated he had no objection to this request for additional time.

WHEREFORE, Defendant respectfully requests this court extend the time to answer or otherwise plead to Plaintiffs' complaint to July 31, 2008.


DATED: July 7, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendant Officer James Blaszczyk*


Christopher A. Wallace
Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602
ARDC # 6278655

**CERTIFICATE OF SERVICE**

    I, Christopher Wallace, hereby certify that on July 7, 2008, I caused a copy of the foregoing Motion to be served upon counsel for Plaintiff via the Court's ECF filing system.

                                            /s/ Christopher Wallace
                                              Christopher Wallace