IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWANDA JORDAN, individually, and as mother and next of kin of PAUL TURNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2043 |
| v. | ) ) | Judge Blanche Manning |
| OFFICER JAMES BLASZCZYK, Star # 18816 | ) ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

To: Joel Handler
55 West Wacker Drive
Suite 950
Chicago, Illinois 60601
T: (312) 621-0008

**PLEASE TAKE NOTICE** that on, Tuesday, July 15, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, Room 2125 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendant's Agreed Motion for Extension of Time, a copy of which is herewith served upon you.

Dated: July 7, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on July 7, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon counsel for Plaintiff.

/s/ Christopher Wallace
Christopher Wallace