IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWANDA JORDAN, individually, and as mother and next of kin of PAUL TURNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2043 |
| v. | ) ) ) | Judge Blanche Manning |
| OFFICER JAMES BLASZCZYK, Star # 18816 | ) ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Joel Handler
    55 West Wacker Drive
    Suite 950
    Chicago, Illinois 60601
    T: (312) 621-0008

**PLEASE TAKE NOTICE** that on Tuesday, August 12, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, Room 2125 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendant's Motion *Instanter* for Leave to File Motion to Dismiss and Memorandum in Support, a copy of which is herewith served upon you.

Dated: August 5, 2008

                    Respectfully submitted,

                    /s/ Christopher A. Wallace
                    Christopher A. Wallace
                    Assistant Corporation Counsel
                    *Attorney for Defendants*

                    City of Chicago Department of Law
                    Individual Defense Litigation Division
                    30 N. LaSalle St., Suite 1400
                    Chicago, IL 60602
                    T: (312) 742-6408
                    ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on August 5, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon counsel for Plaintiff.

/s/ Christopher Wallace<br>
Christopher Wallace