**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lawanda Jordan, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02043
                                                      Honorable Blanche M. Manning

James Blaszczyk, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Defendant's motion for leave to file motion to dismiss and memorandum in support, instanter [14] is granted. Response to be filed by 9/3/2008. Reply to be filed by 9/17/2008. Ruling by mail. In the future, counsel is admonished to carefully adhere to dates set by the court. The clerk was about to enter a technical default due to the City's failure to answer or otherwise plead by the specified date. Counsel is admonished that dates are not discretionary, and defaults are not vacated as a matter of course. Respect for due dates enables the court to manage its docket. Thus, the filing of after−the−fact motions for leave to file instanter is strongly disfavored. The court trusts that counsel will bear this in mind in the future. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.