IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWANDA JORDAN, individually, )<br>and as mother and next of kin of )<br>PAUL TURNER, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>OFFICER JAMES BLASZCZYK, )<br>Star # 18816 )<br>  )<br>  )<br>Defendant. ) | | No. 08 C 2043<br><br>Judge Blanche Manning<br><br>Magistrate Judge Mason |

## DEFENDANT OFFICER JAMES BLASZCZYK'S
## RULE 12(b)(6) MOTION TO DISMISS

Defendant Officer James Blaszczyk, ("Officer Blaszczyk") by and through his attorney, Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago, respectfully moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Amended Complaint for failure to state a claim.

In support of the instant motion, Defendant has submitted an accompanying Memorandum, which Defendant incorporates hereto this motion.

DATED: August 11, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendant Officer James Blaszczyk*

Christopher A. Wallace
Assistant Corporation Counsel

City of Chicago Department of Law
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602
ARDC # 6278655

**CERTIFICATE OF SERVICE**

I, Christopher Wallace, hereby certify that on August 11, 2008, I caused a copy of the foregoing Motion to be served upon counsel for Plaintiff via the Court's ECF filing system.

/s/ Christopher Wallace
Christopher Wallace