## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| LAWANDA JORDAN, individually, and as mother and next of kin of PAUL TURNER, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER JAMES BLASZCZYK, STAR #18816, <br><br> Defendant. | Case No. 08 CV 2043 <br><br> Judge Blanche Manning <br><br> Magistrate Judge Mason |

### NOTICE OF MOTION

TO: Christopher A. Wallace, City of Chicago Department of Law, Federal Civil Rights Litigation Division, 30 N. LaSalle Street, St. 1400, Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 4th day of September, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanche Manning, or any judge sitting in her stead, in Room 2125, at the United States District Court for the Northern District of Illinois and shall then and there present *Plaintiff's Motion for Leave to File a Second Amended Complaint*, a copy of which is attached and hereby served upon you.

/s/ Joel F. Handler
Joel F. Handler (#1115812)
55 West Wacker Drive, Suite 950
Chicago, Illinois 60601
(312) 621-0008

Attorney for the Plaintiffs,
LAWANDA JORDAN,
individually and as mother and next of kin of PAUL TURNER, a minor

## CERTIFICATE OF SERVICE

The undersigned hereby certify that I have caused a true and correct copy of the above documents to be sent via e-filing to the person(s) names in the foregoing Notice, a "filing user" pursuant to Case Management/Electronic Case Files, on August 28, 2008, in accordance with rules on electronic filing of documents.

/s/ Joel F. Handler